**Allan M. KONRAD, Plaintiff–Appellant,**

v.

**GENERAL MOTORS CORPORATION, Ford Motor Company, Daimlerchrysler Corporation, Nissan North America, Inc., Toyota Motor Sales, U.S.A., Mazda Motor of America, Inc., Volks-**wagen of Americia, Inc., American Honda Motor Co., Inc., Budget Rent–A–Car Systems, Inc., Thrifty Rent–A–Car System, Inc., the Hertz Corporation, Dollar Rent a Car Systems, Inc., Avis Rent a Car–System, Inc., Advantage Rent–A–Car, Inc., Toshiba America, Inc., American Trans Air, Inc., United Air Lines, Inc., Delta Air Lines, Inc., Continental Airlines, Inc., Northwest Airlines, Inc., Sun Country Airlines, Inc., American Airlines, Inc., Midwest Express Airlines, Inc., Marriott International, Inc., Hilton Hotels Corporation, Promus Hotels, Inc., Sholodge, Inc., Starwood Hotels & Resorts Worldwide, Inc., the Extended Stay Inns Limited Partnership, Extended Stay America, Inc., Choice Hotels International, Inc., Southwest Airlines Co., and Autonation, Inc., Defendants–Appellees.

**No. 01–1556.**

United States Court of Appeals, Federal Circuit.

DECIDED: July 15, 2002.

Before MAYER, Chief Judge, NEWMAN, and PROST, Circuit Judges.

PER CURIAM.

Allan M. Konrad appeals from the order and judgment of the United States District Court for the Eastern District of Texas. *Konrad v. General Motors,* No. 00–CV–21 (E.D. Tex. June 29, 2001). In light of our opinion in *Netscape Communications Corp. v. Konrad,* 295 F.3d 1315 (Fed.Cir. 2002), affirming the district court's judgment that U.S. Patent Nos. 5,544,320, 5,696,901, and 5,974,444 are invalid under the public use and on-sale bars of 35 U.S.C. § 102(b), we *vacate* the judgment of

noninfringement and *remand* for appropriate disposition.